UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NFINANSE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC., <br><br> Defendant. | CIVIL ACTION <br><br> NO. 1:11-cv-3728-AT |

## EXHIBIT CUSTODY RECEIPT

I hereby certify that I received the Plaintiff's exhibits 1-5 and Defendant's exhibit 1 admitted and set forth in the Court record during the hearing held on March 7, 2012.

_Rebecca Bachelor_
(Signature)

3/9/2012
(Date)